## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DYNAENERGETICS EUROPE GMBH &  §
DYNAENERGETICS US, INC          §
                                §
    Plaintiffs,              §
                                §          Civil Action No. 6:20-cv-00069
v.                              §          JURY TRIAL DEMANDED
                                §
HUNTING TITAN, INC.             §
                                §
    Defendant.               §
                                §

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE COURT:

Hunting Titan, Inc., Defendant, in the above-titled and numbered civil action, request the Court to extend the deadline to answer or otherwise respond to Plaintiffs' Original Complaint up to and including March 17, 2020. In support, Defendant would show the following:

Plaintiffs' Original Complaint was served on Defendant on January 31, 2020 and Defendant's current deadline to answer or otherwise respond to Plaintiff's Original Complaint is February 21, 2020. Defendant moves the Court for an order granting an extension of time, up to and including March 17, 2020, for Defendant to answer or otherwise respond to Plaintiffs' Original Complaint. Counsel for Plaintiffs has agreed to this requested extension of time.

PREMISES CONSIDERED, Hunting Titan, Inc., Defendant, request the Court to extend the deadline to answer or otherwise respond to Plaintiffs' Original Complaint up to and including March 17, 2020.

Respectfully submitted,

Dated: February 20, 2020

/s/ Christopher P. McKeon

Christopher P. McKeon
Texas Bar No.: 24068904
Federal ID No.: 1162839
cmckeon@arnold-iplaw.com

Jason A. Saunders
Texas Bar No.: 24042406
Federal ID No.: 557143
jsaunders@arnold-iplaw.com

Gordon T. Arnold
Texas Bar No.: 01342410
Federal ID No.: 12483
garnold@arnold-iplaw.com

Arnold & Saunders, LLP
4900 Woodway, Suite 900
Houston, Texas 77056
Telephone: (713) 972-1150
Facsimile:   (832) 213-1039

**ATTORNEYS FOR
HUNTING TITAN, INC.**

**<u>CERTIFICATE OF CONFERENCE</u>**

On February 7, 2020, the undersigned communicated with Barry Herman, counsel for Plaintiff, concerning this motion who advised that he was not opposed to the grant of 3 weeks extension of time for Defendant to answer or otherwise respond to Plaintiff's Original Complaint.

<u>/s/ Jason A. Saunders</u>

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the 20th of February, 2020.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

<u>/s/ Christopher P. McKeon</u>