IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and <br><br> DYNAENERGETICS US, INC., <br> Plaintiffs, <br><br> v. <br><br> HUNTING TITAN, INC., <br> Defendant. | § § § § § § § § § § § § | Civil Action No: 6:20-cv-00069 |
| DYNAENERGETICS GMBH & CO. KG, and DYNAENERGETICS US, INC., <br> Plaintiffs, <br><br> v. <br><br> HUNTING TITAN, LTD., HUNTING TITAN, INC., and HUNTING ENERGY SERVICES, INC, <br> Defendants | § § § § § § § § § § § § § | United States District Court for the Southern District of Texas, Houston Division <br> Civil Action No: 4:17-cv-03784 |

**PROPOSED ORDER TO TRANSFER VENUE**

On this Date came to be considered Defendant's Opposed Motion to Transfer Venue. The Court, having considered the Motion, Plaintiff's Response, and any reply, and having heard the arguments of counsel, if any, finds that the Motion should be and hereby is GRANTED.

It is, therefore, ORDERED that the United States District Court for the Western District of Texas, Waco Division, Civil Action No. 6:20-cv-00069 is TRANSFERRED to the Southern District of Texas, Houston Division for potential consolidation into Civil Action No. 4:17-cv-03784.

1

SIGNED this _____ day of _____, 2019

                                                                                      _____
                                                                                      ALAN D. ALBRIGHT
                                                                                      UNITED STATES DISTRICT JUDGE